U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 11 2007

ROBERT H. S[...]
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ABBAS HASSAN NAJAT** | : | **DOCKET NO. 2:06-cv-1637** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the "Motion to Dismiss" [doc. 9] be GRANTED and that this petition be DENIED AND DISMISSED WITH PREJUDICE as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 11th day of January, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE